ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, FERNANDO FIGUEROA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-CR-00077-DLB |
|     Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| FERNANDO FIGUEROA, ) | |
|     Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for June 11, 2012, be continued to July 23, 2012 at 1:00 p.m.

It is anticipated that the defense counsel will be representing his client, in a multi-defendant, multi-day hearing in Fresno County Superior Court. Said hearing is calendared to commence on June 8, 2011 and continue, until completed, into the week of June 11, 2012.

In addition, defense counsel has received, in discovery, documents and information regarding Mr. Figueroa's not insubstantial criminal record. Additional time is needed for defense counsel to review the supplemental discovery with his client and to calculate Mr. Figueroa's advisory guideline range.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1

DATED: June 7, 2012             /s/ Kimberly Sanchez
                                KIMBERLY SANCHEZ
                                Assistant United States Attorney
                                **This was agreed to by Ms. Sanchez
                                via email on June 6, 2012**

DATED: June 7, 2012             /s/ Roger K. Litman
                                ROGER K. LITMAN
                                Attorney for Defendant
                                FERNANDO FIGUEROA

IT IS SO ORDERED.

    **Dated:   June 7, 2012**                    **/s/ Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE