ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, FERNANDO FIGUEROA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CASE NO. 1:12-CR-00077-DLB
)
    Plaintiff, )
) **STIPULATION AND**
v. ) **ORDER TO CONTINUE**
) **STATUS CONFERENCE**
FERNANDO FIGUEROA, )
)
    Defendant. )
_____)

    The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for July 23, 2012, be continued to August 27, 2012 at 1:00 p.m.

    This continuance is necessitated by the fact that laboratory analysis of possible controlled substances discovered in Mr. Figueroa's apartment are awaiting analysis. Said analysis will result in laboratory reports which must be analyzed by the parties.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: July 18, 2012          /s/ Kimberly Sanchez
                                       KIMBERLY SANCHEZ
                                       Assistant United States Attorney
                                       **This was agreed to by Ms. Sanchez via email on July 17, 2012**

1

DATED: July 18, 2012          /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              FERNANDO FIGUEROA

IT IS SO ORDERED.

**Dated:   July 18, 2012**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE