ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, FERNANDO FIGUEROA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00077-AWI |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| FERNANDO FIGUEROA, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the Change of Plea Hearing scheduled for October 15, 2012, be continued to November 5, 2012 at 10:00 a.m.

This continuance is necessary to afford the parties sufficient time to conclude ongoing settlement negotiations.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: October 10, 2012 /s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant United States Attorney
**This was agreed to by Ms. Sanchez via telephone on October 10, 2012**

DATED: October 10, 2012 /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
FERNANDO FIGUEROA

1

**ORDER**

IT IS SO ORDERED.

Dated: October 11, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE