ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, FERNANDO FIGUEROA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FERNANDO FIGUEROA, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 1:12-CR-00077-AWI <br><br> **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the change of plea hearing calendared for November 5, 2012 at 10:00 a.m. be continued to December 3, 2012 at 10:00 a.m. before the Honorable Anthony W. Ishii.

The additional time afforded by the stipulation is needed based on the parties' inability, as of this date, to arrive at a settlement of the action. The parties have, via email, an in-person meeting of counsel, discussed multiple issues pertaining to just resolution of this action. At the meeting of November 1, 2012, defense counsel requested supplemental discovery which the government has agreed to provide.

The time requested should be sufficient to permit the government to obtain and provide the requested supplemental discovery, for defense counsel to review the same and for defense counsel to arrange for the transportation of Mr. Figueroa from Lerdo to discuss the position of the government as well as the contents of the

1

additional discovery to be provided by the government.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: November 1, 2012 /s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant United States Attorney
**This was agreed to by Ms. Sanchez in person on November 1, 2012**

DATED: November 1, 2012 /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
FERNANDO FIGUEROA

IT IS SO ORDERED.

Dated: November 1, 2012

UNITED STATES DISTRICT JUDGE

2