ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, FERNANDO FIGUEROA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FERNANDO FIGUEROA,<br><br>　　　　Defendant. | CASE NO. 1:12-CR-00077-AWI<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the change of plea hearing calendared for April 15, 2013 be continued to May 13, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.

In the course of the most recent negotiations, an issue has arisen as to whether two felony vehicle code convictions suffered by Mr. Figueroa constitute violent felonies for the purposes of 18 U.S.C. § 924(e). The additional time is anticipated by the parties to be sufficient to permit the parties to obtain additional documentation and conduct legal research concerning whether the convictions constitute violent felonies for purposes of punishment enhancement under the Armed Career Criminal Act.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1

| | | |
|---|---|---|
| 1 | DATED: April 2, 2013 | /s/ Kimberly Sanchez |
| 2 | | KIMBERLY SANCHEZ<br>Assistant United States Attorney |
| 3 | | **This was agreed to by Ms. Sanchez via email on April 2, 2013** |
| 4 | | |
| 5 | DATED: April 2, 2013 | /s/ Roger K. Litman<br>ROGER K. LITMAN |
| 6 | | Attorney for Defendant<br>FERNANDO FIGUEROA |

IT IS SO ORDERED.

Dated:   April 2, 2013

_____
SENIOR DISTRICT JUDGE