ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, FERNANDO FIGUEROA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FERNANDO FIGUEROA,<br><br>    Defendant. | CASE NO. 1:12-CR-00077-AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing hearing calendared for July 22, 2013 be continued to July 29, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.

Defense counsel requires additional time to complete formal objections to the final Presentence Investigation Report. Defense counsel's other obligations, with earlier or the same deadline, precluded defense counsel from submitting formal objections by July 15, 2013.

Defendants formal objections are due on July 22, 2013.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: July 16, 2013           /s/ Kimberly Sanchez_____
                               KIMBERLY SANCHEZ
                               Assistant United States Attorney
                               **This was agreed to by Ms. Sanchez via email on July 16, 2013**

1

|   |   |   |
|---|---|---|
| DATED: July 16, 2013 | | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>FERNANDO FIGUEROA |

IT IS SO ORDERED.

Dated:   July 16, 2013

_____
SENIOR DISTRICT JUDGE