ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, FERNANDO FIGUEROA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-CR-00077-AWI/BAM |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| FERNANDO FIGUEROA, ) | |
| Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing hearing calendared for July 29, 2013 be continued to September 16, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.

The stipulation is based on the complexity of issues surrounding the recommendation by the probation officer that a mandatory 15 year minimum, and a life maximum, are applicable under the Armed Career Criminal Act.

In addition to the complexity of issues, the other obligations of counsel, as well as a preplanned vacation of counsel, factored into the date selections this Court is being requested to approve.

Defendants formal objections will be due by August 18, 2013. Any opposition or response by the Government will be filed by September 5, 2013.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1

DATED:  July 24, 2013          /s/ Kimberly Sanchez
                               KIMBERLY SANCHEZ
                               Assistant United States Attorney
                               **This was agreed to by Ms. Sanchez via email on July 24, 2013**

DATED: July 24, 2013           /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant
                               FERNANDO FIGUEROA

IT IS SO ORDERED.

Dated:   July 24, 2013

_____
SENIOR  DISTRICT  JUDGE