ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, FERNANDO FIGUEROA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:12-CR-00077-AWI/SJO |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| FERNANDO FIGUEROA, | ) |
| Defendant. | ) |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing hearing calendared for October 15, 2013 be continued to October 21, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.

The action was recently continued to accommodate due to an illness in the prosecutor's family. The date chosen will prejudice Mr. Figueroa by limiting defense counsel's time to review, analyze and respond to any opposition filed by the government. The stipulated sentencing date will result in the government's opposition brief being due on the first day that defense counsel returns from vacation.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: September 9, 2013        /s/ Kimberly Sanchez_____
                                KIMBERLY SANCHEZ
                                Assistant United States Attorney
                                **This was agreed to by Ms. Sanchez via email on September 9, 2013**

1

DATED: September 9, 2013      /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              FERNANDO FIGUEROA

IT IS SO ORDERED.

Dated:   September 10, 2013

_____
SENIOR DISTRICT JUDGE